This instrument prepared by:
Lynn L. Grogan
Hirsch, Partin, Grogan & Grogan, P.C.
P.O. Box 469
Columbus, Georgia 31902

Deed Book 6085 Pg 146
Filed and Recorded Oct-26-2001 04:44pm
2001-0043909
Real Estate Transfer Tax $0.00
M. Linda Pierce
Clerk of Superior Court
Muscogee County, Georgia

EXHIBIT __4__

## WARRANTY DEED

STATE OF GEORGIA,
COUNTY OF MUSCOGEE

THIS INDENTURE, made and entered into the _4th_ day of _October_, in the year of Our Lord Two Thousand and One, between CHARLES W. MCDANIEL of the State of Georgia, County of Muscogee, hereafter in this Indenture known and designated as Grantor, and LESLIE L. MCDANIEL of the State of Georgia, County of Muscogee, hereafter in this Indenture known and designated as Grantee;

WITNESSETH, that Grantor, for and in consideration of the partial division of marital property between Grantor and Grantee in hand paid, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, and conveyed and does by these presents grant, bargain, and convey unto said Grantee, and Grantee's heirs and assigns the following described real property, to wit:

All that lot, tract or parcel of land situate, lying and being in Land Lot 50, 8th District, Columbus, Muscogee County, Georgia and being more particularly described within the following metes and bounds, to-wit:

Commence at the iron pin which marks the southernmost terminus of the curve forming the intersection of Country Club Road and Meadowview Drive and from said point running thence South 16 degrees 21 minutes along the westerly margin of Meadowview Drive a distance of 45.6 feet to an iron pin; running thence in a southwesterly direction along a curve to the left (having a radius of 1940.08 feet) forming said westerly margin of Meadowview Drive a distance of 164.83 feet to an iron pin; running thence North 87 degrees 54 minutes West a distance of 81.85 feet to an iron pin which marks the southeasterly corner of Lot 8, Block D, Hilton Heights Subdivision, running thence North 02 degrees 39 minutes East along the easterly line of Lot 8, Block D, Hilton Heights Subdivision a distance of 206.6 feet to an iron pin located on the southeasterly margin of Country Club Road; running thence North 66 degrees 45 minutes East along the southeasterly margin of Country Club Road a distance of 80.0 feet to an iron pin; running thence in an easterly direction along a curve to the right (having a radius of 40.7 feet) forming the intersection of Country Club Road and Meadowview Drive a distance of 40.55 feet to an iron pin; running thence in an easterly and southerly direction along a curve to the right (having a radius of 30.2 feet) forming the intersection of Country Club Road and Meadowview Drive a distance of 38.2 feet to the iron pin which marks the point of beginning of the property hereby conveyed. Located thereon is dwelling number 2627 Meadowview Drive according to the present system of numbering dwellings in Columbus, Georgia.

The above described property is designated as "Parcel 'C'" and is shown on a survey entitled "Survey for Perrin C. and Catherine B. Trotter, Parcel C of Survey for Geo. Trussell, Hugh McMath and Clara M. McMath, lying in Land Lot 50, 8th District, Columbus, Muscogee County, Georgia" prepared by Faircloth & Associates under date of October 11, 1986 and recorded in Plat Book 99, folio 93 in the office of the Clerk of the Superior Court of Muscogee County, Georgia.

Deed Book 6085 Pg 147
M. Linda Pierce
Clerk of Superior Court
Muscogee County, Georgia

The above described property is also conveyed subject to all valid easements and restrictive covenants of record.

TO HAVE AND TO HOLD, the said bargained premises unto Grantee, and Grantee's heirs and assigns, together with all and singular the rights, members and appurtenances thereof to the same in any manner belonging to the own proper use, benefit and behoof of Grantee and Grantee's heirs and assigns forever, IN FEE SIMPLE.

And Grantor, for Grantor's self and for Grantor's heirs, executors, and administrators, the said bargained premises unto Grantee, and Grantee's heirs and assigns, will warrant and forever defend the right and title thereof against Grantor and against the claims of Grantor's heirs, executors, administrators, and assigns, and against the claim of all other persons whomsoever.

IN TESTIMONY WHEREOF, Grantor has hereunto set Grantor's hand and affixed Grantor's seal the day and year first above written.

_____ (L.S.)
CHARLES W. MCDANIEL

Signed, sealed and delivered this
____ day of October, 2001,
in the presence of:

_____

_____
Notary Public, County of Muscogee,
State of Georgia
MY COMMISSION EXPIRES JUNE 25, 2002