LAW OFFICES
**DAY & DODDS, LLC**

No. 3 Bradley Park Court, Suite A

Columbus, Georgia 31904

(706) 324-2531

Telecopier
(706) 324-2737

J. Philip Day
Bradford C. Dodds

EXHIBIT 6

Mailing Address:

Post Office Box 368
Columbus, Georgia 31902-0368

January 28, 2011

Ms. Stacy Roberts
Title Manager
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

IN RE: Your File No.:   5244810-FT2
Property Address: 2627 Meadowview Drive, Columbus, Georgia 31906, Muscogee County, Georgia
Our File No.:   F-296-GA

Dear Ms. Roberts:

The undersigned and this law firm represent Foxfire Acres, Inc., which was the successful bidder at the foreclosure of the above-captioned property on November 2, 2010. I have been asked by Mr. James Albright of that company to review the Deed Under Power of Sale for correctness and to insure that it is ready to record.

In examining the title to the property, we discovered an issue that we would like to address with you. The security deed foreclosed was executed originally by Charles W. McDaniel and Leslie L. McDaniel in favor of Trust Company Bank of Columbus, N.A. This was the legal name of SunTrust Bank in Columbus at the time the deed was given in 1992. Thereafter, Trust Company Bank of Columbus, N.A. was merged into and became SunTrust Bank, West Georgia, N.A. Subsequently, all of the bank's charters where combined and the bank is now known as SunTrust Bank, a Georgia banking corporation.

We did not locate any assignments of this security deed from Trust Company Bank of Columbus or any of its successor entities.

However, when the foreclosure was conducted, the foreclosure was advertised and then sold by SunTrust Mortgage, Inc., which identified itself as "SunTrust Mortgage, Inc. formerly known as Trust Company Bank of Columbus, N.A." Unfortunately, SunTrust Mortgage, Inc. is not and has never been a part of Trust Company Bank of Columbus, N.A., or its successor institution, SunTrust Bank. It is, as you know, a separate legal entity.

Ms. Stacy Roberts
January 28, 2011
Page 2

Since we did not find an assignment recorded to SunTrust Mortgage, Inc. prior to the sale date, as the law now requires, we believe that there is a title issue that will need to be corrected.

If you would, please review the issues raised in this letter with the foreclosure attorney to see if there is a way that the foreclosure sale can be salvaged so that the sale can be insured by one of the major title insurance companies. At this point, without more, Hilary Fentress of Chicago Title has declined to issue insurance.

I look forward to hearing from you as soon as you are able. If you have any questions, please do not hesitate to contact me.

Very truly yours,

DAY & DODDS, LLC

Bradford C. Dodds

BCD:kds

cc: Adam Silver, Esq.
    Mr. James Albright

McCalla, Raymer, LLC
PO Box 9051
Temecula, CA 92589-9051

REASON CHECKED
☐ Moved Left No Address
☐ Forwarding Order Expired
☐ Unable to forward
☐ Attempted – Not Known
☐ No Such Street/Address
☐ Unclaimed ☐ Refused
☐ Insufficient Address

CERTIFIED MAIL

7113 8257 1474 6279 1931

Charles W. McDaniel
Leslie L. McDaniel
2627 Meadowview Dr
Columbus, GA 31906

20100929-6
MRCERTIFIED

NIXIE     920   DE 1     00   10/23/10
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 92589905151     *1977-04958-23-35

HCZ-CP2ROCR2EC3E

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO



CERTIFIED MAIL

2. Article Number
7113 8257 1474 6279 1931

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  Yes

1. Article Addressed to:
Charles W. McDaniel
Leslie L. McDaniel
2627 Meadowview Dr
Columbus, GA 31906

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature   X   Agent / Addressee
D. Is delivery address different from item 1?   Yes / No
   If YES, enter delivery address below:

9/29/2010
7113 8257 1474 6279 1931-9

PS Form 3811, January 2005   Domestic Return Receipt

WALM0160

McCalla, Raymer, LLC
PO Box 9051
Temecula, CA 92589-9051



7113 8257 1474 6279 1931

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20100929-9
MRCERTIFIED


Charles W. McDaniel
Leslie L. McDaniel
2627 Meadowview Dr
Columbus, GA 31906



1045-v5