IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Leslie McDaniel, Individually and as Representative of her Bankruptcy Estate, by and through her undersigned counsel, and Defendant Foxfire Acres, Inc., by and through its respective counsel, all who stipulate that the time within which Foxfire Acres, Inc. may answer, file defenses and responsive pleadings or otherwise file motions in response to Plaintiff's Complaint is hereby extended through and including December 5, 2013 and that said claims as to this Defendant shall not be in default prior to December 6, 2013.  In consideration therefore, Foxfire Acres, Inc. does hereby waive any defenses it may have related to issuance of

process of service of process but specifically reserves any and all other defenses it may have not or hereafter.

    This 20th day of November, 2013.

|  |  |
|---|---|
|  | */s/ Fife M. Whiteside* |
|  | FIFE M. WHITESIDE |
|  | Attorney for Debtor/Plaintiff |
| P.O. Box 5383 | GA Bar No. 756025 |
| Columbus, GA 31906 |  |
| 706-320-1215 |  |
|  |  |
|  | */s/ James D. Patrick, Jr. by FMW w/permission* |
|  | JAMES D. PATRICK, JR. |
|  | Attorney for Foxfire Acres, Inc. |
| 831 Second Ave | GA Bar No. 566150 |
| Columbus, GA 31901 |  |
| 706-322-7181 |  |