IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Leslie McDaniel, Individually and as Representative of her Bankruptcy Estate, by and through her undersigned counsel, and Defendant The United States by and through The Internal Revenue Service, by and through its respective counsel, all who stipulate that the time within which The United States by and through The Internal Revenue Service may answer, file defenses and responsive pleadings or otherwise file motions in response to Plaintiff's Complaint is hereby extended through and including December 5, 2013 and that said claims as to this Defendant shall not be in default prior to December 6, 2013.

This 21st day of November, 2013.

/s/ Fife M. Whiteside

FIFE M. WHITESIDE
Attorney for Debtor/Plaintiff
P.O. Box 5383                    GA Bar No. 756025
Columbus, GA 31906
706-320-1215

/s/ Barbara G. Parker, by fw with permission

BARBARA G. PARKER
Office of the U.S. Attorney
Attorney for The United States, by and through the
Internal Revenue Service
P.O. Box 1702                    GA Bar No. 571750
Macon, GA 31202
478-752-3511