IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

**REQUEST FOR ENTRY OF DEFAULT**

TO: CLERK OF COURT

COMES NOW, Plaintiff, through counsel, and requests the Clerk to enter default on the docket against The Grogan Group, LLC d/b/a Grogan and Grogan. I aver that the summons was property issued, that the Complaint and Summons were property and timely served, and that there has been no response. The matter is not ripe for judgment at this time and judgment is not requested.

Respectfully submitted

    /s/ Fife M. Whiteside
FIFE M. WHITESIDE
Attorney for Debtor/Plaintiff
GA Bar 756025

P.O. Box 5383
Columbus, GA 31906
706-320-1215