IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | |
| | * | CHAPTER 13 |
| LESLIE MCDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | JUDGE LANEY |
| Debtor | * | |

---

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | ADVERSARY PROCEEDING |
| | * | NO. 13-04013 |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA | * | |
| (Represented by the DEPARTMENT OF | * | |
| REVENUE), THE GROGAN GROUP, | * | |
| LLC d/b/a GROGAN & GROGAN, and | * | |
| THE COLUMBUS CONSOLIDATED | * | |
| GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT

COMES NOW McCalla Raymer, LLC ("McCalla Raymer"), and pursuant to Bankruptcy Rule 7012(b)(6), Fed.R.Civ.P. 12(b)(6), Bankruptcy Rule 7012(e) and Fed.R.Civ.P. 12(e), hereby moves the Court to dismiss the Adversary Proceeding filed against MCalla Raymer or, alternatively, to order Plaintiff to amend her Complaint so as to provide a more definite statement of her claims, respectfully showing the Court the following:

1.

Plaintiff filed this adversary proceeding on October 17, 2013. As to McCalla Raymer, Plaintiff has asserted four claims for relief: (1) Violation of the automatic stay of 11 U.S.C. § 362 (Count Six); (2) State law wrongful foreclosure (Count Seven); (3) State law conversion (Count Eight); and (4) State law attorney's fees and expenses (Count Nine).

2.

McCalla Raymer shows that given the factual allegations of Plaintiff's Complaint, Plaintiff cannot possibly set forth a cognizable claim against McCalla Raymer. McCalla Raymer denies that Plaintiff's complaint for damages against McCalla Raymer is a core proceeding as contemplated by 28 U.S.C. § 157, and denies that this action is sufficiently related to the above-styled bankruptcy case so as to authorize jurisdiction of this Court as to those claims. McCalla Raymer does not consent to the entry of a final judgment on the claims made against McCalla Raymer.

3.

Pursuant to Bankruptcy Rule 7012(b)(6) and Fed.R.Civ.P. 12(b)(6), this action should be dismissed as to McCalla Raymer.

4.

Alternatively, McCalla Raymer submits that Plaintiff's Complaint, as currently pled, is so contradictory, vague, and ambiguous that McCalla Raymer cannot reasonably prepare a response. In the event this case is not dismissed, McCalla Raymer submits that this Court should order Plaintiff to provide a more definite statement as required by Bankruptcy Rule 7012(e) and Fed.R.Civ.P. 12(e).

Respectfully submitted, this 9th day of December, 2013.

                              PAGE, SCRANTOM, SPROUSE,
                              TUCKER & FORD, P.C.

                              By: s/Stephen G. Gunby
                                   Stephen G. Gunby
                                   Ga. Bar No.: 315212
                                   Alan G. Snipes
                                   Ga. Bar No.: 665781

1111 Bay Avenue, Third Floor
P. O. Box 1199
Columbus, Georgia 31902               Attorneys for McCalla Raymer, LLC
(706) 324-0251
sgg@psstf.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served either electronically or via U.S. Mail with adequate first class postage to the addresses below on the following persons:

Mr. Fife W. Whiteside
P.O. Box 5383
Columbus, Georgia 31906

Ms. Cater C. Tompson
Jones, Cork & Miller, LLP
P.O. Box 6437
Macon, Georgia 31201

Audrey Seidle Eshman
Assistant Attorney General
40 Capital Square, S.W.
Atlanta, Georgia 30334-9457

Kristin Hurst
Chapter 7 Trustee
P.O. Box 1907
Columbus, Georgia 31902

James D. Patrick
831 2nd Avenue
Columbus, Georgia 31901

This 9th day of December, 2013.

/s Steven G. Gunby