## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | |
| | * | CHAPTER 13 |
| LESLIE MCDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | JUDGE LANEY |
| Debtor | * | |

---

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | ADVERSARY PROCEEDING |
| | * | NO. 13-04013 |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA | * | |
| (Represented by the DEPARTMENT OF | * | |
| REVENUE), THE GROGAN GROUP, | * | |
| LLC d/b/a GROGAN & GROGAN, and | * | |
| THE COLUMBUS CONSOLIDATED | * | |
| GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

### MOTION TO DISMISS CROSS-CLAIM OF DEFENDANT FOXFIRE ACRES, INC.

COMES NOW McCalla Raymer, LLC ("McCalla Raymer"), and pursuant to Bankruptcy Rule 7012(b)(1), Fed.R.Civ.P. 12(b)(1), Bankruptcy Rule 7012(b)(6), and Fed.R.Civ.P. 12(b)(6), hereby moves the Court to dismiss the Cross-Claim filed by Defendant Foxfire Acres, Inc. ("Foxfire") [Doc. 11], respectfully showing the Court the following:

1.

Plaintiff filed this adversary proceeding on October 17, 2013. Defendant Foxfire filed its Answer and Cross-Claim on November 20, 2013. Foxfire asserts a single claim for declaratory relief in its Cross-Claim. Neither Foxfire nor McCalla Raymer are creditors in the subject bankruptcy case.

2.

McCalla Raymer shows that Foxfire has not set forth a cognizable claim against McCalla Raymer in its Cross-Claim. The matters at issue in Foxfire's Cross-Claim are further already at issue in the case of *Foxfire Acres, Inc. v. McCalla Raymer, LLC, et. al.*, Superior Court of Muscogee County, Civil Action Number SU11-CV-4107.

3.

McCalla Raymer denies that Foxfire's Cross-Claim against McCalla Raymer is a core proceeding as contemplated by 28 U.S.C. § 157, and denies that this action is sufficiently related to the above-styled bankruptcy case so as to authorize jurisdiction of this Court as to those claims. This Court lacks subject matter jurisdiction to consider Foxfire's Cross-Claim. McCalla Raymer does not consent to the entry of a final judgment on the Cross-Claim against McCalla Raymer.

4.

Pursuant to Bankruptcy Rule 7012(b)(1), Fed.R.Civ.P. 12(b)(1), Bankruptcy Rule 7012(b)(6) and Fed.R.Civ.P. 12(b)(6), Foxfire's Cross-Claim should be dismissed as to McCalla Raymer.

Respectfully submitted, this 9th day of December, 2013.

            PAGE, SCRANTOM, SPROUSE,
            TUCKER & FORD, P.C.

            By: s/Stephen G. Gunby
              Stephen G. Gunby
              Ga. Bar No.: 315212
              Alan G. Snipes
              Ga. Bar No.: 665781

1111 Bay Avenue, Third Floor
P. O. Box 1199
Columbus, Georgia 31902      Attorneys for McCalla Raymer, LLC
(706) 324-0251
sgg@psstf.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served either electronically or via U.S. Mail with adequate first class postage to the addresses below on the following persons:

Mr. Fife W. Whiteside
P.O. Box 5383
Columbus, Georgia 31906

Ms. Cater C. Thompson
Jones, Cork & Miller, LLP
P.O. Box 6437
Macon, Georgia 31201

Audrey Seidle Eshman
Assistant Attorney General
40 Capital Square, S.W.
Atlanta, Georgia 30334-9457

Kristin Hurst
Chapter 7 Trustee
P.O. Box 1907
Columbus, Georgia 31902

James D. Patrick
831 2nd Avenue
Columbus, Georgia 31901

This 9th day of December, 2013.

/s Steven G. Gunby