# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | |
| | * | CHAPTER 13 |
| LESLIE MCDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | JUDGE LANEY |
| Debtor | * | |

___

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | ADVERSARY PROCEEDING |
| | * | NO. 13-04013 |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA | * | |
| (Represented by the DEPARTMENT OF | * | |
| REVENUE), THE GROGAN GROUP, | * | |
| LLC d/b/a GROGAN & GROGAN, and | * | |
| THE COLUMBUS CONSOLIDATED | * | |
| GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## MOTION TO DISMISS CROSS-CLAIM OF DEFENDANT FOXFIRE ACRES, INC.

COME NOW SunTrust Bank ("SunTrust") and SunTrust Mortgage, Inc. ("SunTrust Mortgage"), and pursuant to Bankruptcy Rule 7012, Fed.R.Civ.P. 12(b)(1), and Fed.R.Civ.P. 12(b)(6), hereby moves the Court to dismiss the Cross-Claim filed by Defendant Foxfire Acres, Inc. ("Foxfire") [Doc. 11], respectfully showing the Court the following:

1.

Plaintiff filed this adversary proceeding on October 17, 2013. Defendant Foxfire filed its Answer and Cross-Claim on November 20, 2013. Foxfire asserts a single claim for declaratory relief in its Cross-Claim.

2.

SunTrust and SunTrust Mortgage show that Foxfire has not set forth a cognizable claim against them its Cross-Claim. The matters at issue in Foxfire's Cross-Claim are further already at issue in the case of *Foxfire Acres, Inc. v. McCalla Raymer, LLC, et. al.*, Superior Court of Muscogee County, Civil Action Number SU11-CV-4107.

3.

SunTrust and SunTrust Mortgage deny that Foxfire's Cross-Claim against them is a core proceeding as contemplated by 28 U.S.C. § 157, and deny that this action is sufficiently related to the above-styled bankruptcy case so as to authorize jurisdiction of this Court as to those claims. This Court lacks subject matter jurisdiction to consider Foxfire's Cross-Claim.

4.

Pursuant to Bankruptcy Rule 7012, Fed.R.Civ.P. 12(b)(1), and Fed.R.Civ.P. 12(b)(6), Foxfire's Cross-Claim should be dismissed as to SunTrust and SunTrust Mortgage.

Respectfully submitted, this 10th day of December, 2013.

[SIGNATURES ON NEXT PAGE]

/s/ *Cater C. Thompson*
CATER C. THOMPSON
Georgia State Bar No. 129425
Attorney for SunTrust Bank and SunTrust Mortgage, Inc.

JONES CORK & MILLER, LLP
435 Second Street, Suite 500
P.O. Box 6437
Macon, GA  31208-6437
(478) 745-2821
cater.thompson@jonescork.com

MONICA K. GILROY
Georgia State Bar No. 420527
DICKENSON GILROY, LLC
3780 Mansell Road, Suite 140
Alpharetta, GA  30022
(678) 280-1921
mkg@dickensongilroy.com

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served either electronically or via U.S. Mail with adequate first class postage to the addresses below on the following persons:

>Mr. Fife M. Whiteside
>P.O. Box 5383
>Columbus, Georgia  31906
>
>Ms. Kristin Hurt
>Office of the Chapter 13Trustee
>P.O. Box 1907
>Columbus, Georgia  31902
>
>Mr. Stephen G. Gunby
>Page Scrantom Law Firm
>P.O. Box 1199
>Columbus, Georgia 31902
>
>Ms. Audrey Seidle Eshman
>Assistant Attorney General
>40 Capitol Square, SW
>Atlanta, Georgia  30334-1300
>
>Mr. James D. Patrick
>P.O. Box 2745
>Columbus, Georgia  31902

This <u>10th</u> day of December, 2013.

/s/   *Cater C. Thompson*