IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | |
| | * | CHAPTER 13 |
| LESLIE MCDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | JUDGE LANEY |
| Debtor | * | |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as Representative of her Bankruptcy Estate, | * * * | |
| Plaintiff, | * * | |
| v. | * * | ADVERSARY PROCEEDING NO. 13-04013 |
| SUNTRUST BANK, SUNTRUST MORTGAGE, INC., McCALLA RAYMER, LLC, FOXFIRE ACRES, INC., THE UNITED STATES by and through THE INTERNAL REVENUE SERVICE, THE STATE OF GEORGIA (Represented by the DEPARTMENT OF REVENUE), THE GROGAN GROUP, LLC d/b/a GROGAN & GROGAN, and THE COLUMBUS CONSOLIDATED GOVERNMENT, | * * * * * * * * * * * * | |
| Defendants. | * | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW McCalla Raymer, LLC ("McCalla Raymer"), and pursuant to Local Rule 87.1, hereby files this Corporate Disclosure Statement, showing that it has no parent or subsidiary corporations and no publicly held company owns 10% or more of the party's stock.

Respectfully submitted, this 10th day of December, 2013.

                    PAGE, SCRANTOM, SPROUSE,
                    TUCKER & FORD, P.C.

                    By: <u>s/Stephen G. Gunby</u>
                          Stephen G. Gunby
                          Ga. Bar No.: 315212
                          Alan G. Snipes
                          Ga. Bar No.: 665781

1111 Bay Avenue, Third Floor
P. O. Box 1199
Columbus, Georgia 31902          Attorneys for McCalla Raymer, LLC
(706) 324-0251
sgg@psstf.com

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served either electronically or via U.S. Mail with adequate first class postage to the addresses below on the following persons:

Mr. Fife W. Whiteside
P.O. Box 5383
Columbus, Georgia 31906

Ms. Cater C. Thompson
Jones, Cork & Miller, LLP
P.O. Box 6437
Macon, Georgia 31201

Audrey Seidle Eshman
Assistant Attorney General
40 Capital Square, S.W.
Atlanta, Georgia 30334-9457

Kristin Hurst
Chapter 7 Trustee
P.O. Box 1907
Columbus, Georgia 31902

James D. Patrick
831 2nd Avenue
Columbus, Georgia 31901

This 10th day of December, 2013.

/s Steven G. Gunby