# United States Bankruptcy Court

Middle District of Georgia

Date: 1/9/14

In Re:
   Leslie McDaniel
Plaintiff
   SunTrust Bank
Defendant
Adversary No. 13−04013 jtl

Main Case No. 12−41231

Mr. Patrick,

In reviewing the above adversary proceeding, we show the Motion for Leave to Amend you filed but we do not show record of a hearing or consent order and just need to know how this matter is going to be brought before Judge Laney. Please upload an order or notice of hearing at your earliest convenience.

Thank you so much for your assistance in this matter.

Donna Bass

Deputy Clerk
United States Bankruptcy Court