**SO ORDERED.**

**SIGNED this 15 day of January, 2014.**



_____
John T. Laney, III
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| Leslie McDaniel, | * | Chapter 13 |
| Debtor, | * | |
| | * | Case Number: 12-41231jtl |
| Leslie McDaniel, individually and as representative of her bankruptcy estate, | * * | |
| | * | Adversary Proceeding |
| Plaintiff, | * | Case Number: 13-04013 |
| vs. | * | |
| SunTrust Bank, SunTrust Mortgage, Inc., McCalla Raymer, LLC, Foxfire Acres, Inc., The United States by and through the Internal Revenue Service, The State of Georgia (represented by the Department of Revenue), The Grogan Group, LLC d/b/a Grogan & Grogan, and The Columbus Consolidated Government, | * * * * * * * * * | |
| Defendants. | | |

ORDER ON MOTION OF MCCALLA RAYMER, LLC
TO DISMISS CROSS CLAIM OF FOXFIRE ACRES, INC.

The above captioned Motion came on for hearing before the Court as scheduled on

January 8, 2014. The Court announced findings of fact and conclusions of law from the bench as

authorized by Bankruptcy Rule 7052 in open Court on January 15, 2014.   For the reasons announced, the Motion to Dismiss is DENIED.  The Court notes that the Cross Claim failed to contain the required allegation concerning core proceedings and Foxfire Acres, Inc.  will be permitted by separate Order of this Court to amend the Cross Claim to make a core proceeding allegation.

     SO ORDERED.