# FIFE M. WHITESIDE P.C.
1124 LOCKWOOD AVENUE
COLUMBUS, GEORGIA 31906
PHONE: (706) 320-1215
Fax: (706) 320-1217

**Admitted**
Georgia and Mississippi

**Mailing Address:**
P.O. Box 5383
Columbus, GA  31906

January 24, 2014

A. Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902

Stephen G. Gunby
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
Columbus, GA 31902-1199

Cater C. Thompson
Jones Cork & Miller, LLP
435 Second St, Suite 500
Macon, GA 31201

James D. Patrick
831 2nd Avenue
Columbus, GA 31901

The Grogan Group, LLC
c/o Grogan & Grogan
P.O. Box 1518
Columbus, GA 31902

Grogan & Grogan
Attn: Lynn Grogan, Agent
P.O. Box 1518
Columbus, GA 31902

Barbara G. Parker
Office of U.S. Attorney - Macon
P.O. Box 1702
Macon, GA 31202

Audrey Seidle Eshman
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

RE: Leslie McDaniel
Chapter 13; Case No. 12-41231

Adversary Proceeding No. 13-04013
Leslie McDaniel v. SunTrust Bank, et al

January 24, 2014
Page 2

Ladies and Gentlemen:

    Please find enclosed herewith service copies of the following:

a)    Document Requests, Interrogatories, Request for Admissions, directed to SunTrust Bank;
b)    Document Requests, Interrogatories, Request for Admissions, directed to SunTrust Mortgage, Inc.;
c)    Document Requests, Interrogatories, Request for Admissions, directed to McCalla Raymer, LLC.

    So as to eliminate any confusion or misunderstanding, we will agree in advance to a 15-day extension on response date for each of the Interrogatories or Document Requests, provided a request is made prior to the deadline established by the rules, but any further extension will have to be granted by the Court.

    That offer does not extend to the Request for Admissions, which we would like to have responded within the timetable set by the rules.

    Thanking you, I am

    Very truly yours,

    */s/ Fife M. Whiteside*

    FIFE M WHITESIDE

FMW/bel
Enclosures
cc:    Ms. Audrey Seidle Eshman (via email)
       Mr. Stephen G. Gunby (via email)
       Mrs. Cater C. Thompson (via email)
       Mr. James D. Patrick (via email)
       Mrs. Lynn Grogan (via email)
       Ms. Barbara G. Parker, Asst. U.S. Attorney (via email)
       Ms. A. Kristin Hurst, Trustee (via email)
       U.S. Trustee (via email)
       Ms. Leslie McDaniel (via regular mail and email)
       Clerk (for electronic filing)