IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR REFERRAL OF MEDIATION

COMES NOW Debtor, through counsel, and moves the Court for an Order of the Court referring this adversary proceeding to mediation and appointing the honorable Joe Waldrep as mediator, and for cause says the following:

1.

Debtor filed this adversary proceeding and the Defendants, including McCalla Raymer, LLC, timely answered. The Plaintiff and Defendant McCalla Raymer have agreed to submit claims against McCalla Raymer, LLC, SunTrust Bank and SunTrust Mortgage, Inc. to mediation, with the expenses to be divided between the parties.

2.

The Plaintiff and McCalla Raymer, LLC, through counsel, have agreed for the honorable Joe Waldrep to act as mediator, through mediation to be conducted on May 22, 2014 at 10:00 AM, at the Office of Dispute Resolution, 308 10th Street, Columbus, Georgia 31901. The mediator will be compensated at his regular hourly rate of $300.00, which will be divided between the parties.

WHEREFORE, Debtor prays the Court to authorize the referral of this adversary proceeding to mediation, and to authorize an appointment of Joe Waldrep as mediator.

Respectfully submitted this 21st day of May, 2014.


 */s/ Fife M. Whiteside*
FIFE M. WHITESIDE
Attorney for Debtor/Plaintiff
GA Bar No. 756025
P. O. Box 5383
Columbus, Georgia  31906
706-320-1215
whitesidef@mindspring.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**
(Motion for Referral of Mediation)

     I, the undersigned counsel of record for the party serving the below identified pleading, discovery item, of instrument, do hereby certify that I have this day served a true and accurate copy of the within and foregoing **Motion for Referral of Mediation** by mailing same U.S. postage prepaid, and email, on the following individuals or firms, who are counsel for all parties herein, and/or in the event a party is unrepresented, any party *pro se*, at the addresses set forth below:

| | |
|---|---|
| U.S. Trustee<br>440 Martin Luther King Jr. Blvd.<br>Macon, Georgia  31201 | A. Kristin Hurst<br>Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902 |
| Stephen G. Gunby<br>Page Scrantom Sprouse Tucker & Ford<br>P.O. Box 1199<br>Columbus, GA 31902-1199 | Alan G. Snipes<br>Page Scrantom Sprouse Tucker & Ford<br>P.O. Box 1199<br>Columbus, GA 31902-1199 |
| Cater C. Thompson<br>Jones Cork & Miller, LLP<br>435 Second St, Suite 500<br>Macon, GA 31201 | James D. Patrick<br>831 2nd Avenue<br>Columbus, GA 31901 |
| The Grogan Group, LLC<br>c/o Grogan & Grogan<br>P.O. Box 1518<br>Columbus, GA 31902 | Grogan & Grogan<br>Attn: Lynn Grogan, Agent<br>P.O. Box 1518<br>Columbus, GA 31902 |
| Barbara G. Parker<br>Office of U.S. Attorney - Macon<br>P.O. Box 1702<br>Macon, GA 31202 | Stephanie K. Burnham<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334-1300 |

SO DONE this the 21st day of May, 2014.

                                                   */s/ Fife M. Whiteside*
                                                   FIFE M. WHITESIDE