**SO ORDERED.**

**SIGNED this 21 day of May, 2014.**



_____
**John T. Laney, III**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## CONSENT ORDER ON MOTION FOR REFERRAL OF MEDIATION

CAME ON THIS CAUSE this date to be considered, on Motion of the Debtor, and agreement between the Debtor and McCalla Raymer, LLC, each through counsel, and the Court finds this Order proper to grant.

IT IS ORDERED that the matter is referred to mediation, through Joe Waldrep, to be compensated as set forth in the Motion predicating this Order.

Prepared by and consented to by:                    Consented to by:

 /s/ Fife M. Whiteside                                          /s/ Alan G. Snipes by FMW w/permission
FIFE M. WHITESIDE                                    Alan G. Snipes
Attorney for Debtor/Plaintiff                        Attorney for Defendant McCalla Raymer, LLC
GA Bar No. 756025                                    GA Bar No. 665781
Fife M. Whiteside, P.C.                              Page Scrantom Sprouse Tucker & Ford
P. O. Box 5383                                       P.O. Box 1199
Columbus, Georgia  31906                             Columbus, Georgia 31902
706-320-1215                                         706-324-0251
whitesidef@mindspring.com                            ags@psstf.com


                                                     /s/ John Gilson by FMW w/permission
                                                    A. Kristin Hurst, Trustee
                                                    P.O. Box 1907
                                                    Columbus, Georgia 31902
                                                    706-327-4151