IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | ) CHAPTER 13 |
| LESLIE McDANIEL, | ) CASE NO. 12-41231-JTL |
| Debtor, | ) JUDGE LANEY |

| | |
|---|---|
| LESLIE McDANIEL, Individually, and as Representative of her Bankruptcy Estate, | ) ) |
| Plaintiff, | ) ADVERSARY PROCEEDING NO. 13-04013 |
| vs. | ) |
| SUNTRUST BANK, SUNTRUST MORTGAGE, INC., McCALLA RAYMER, LLC, FOXFIRE ACRES, INC., THE UNITED STATES by and through the INTERNAL REVENUE SERVICE, THE STATE OF GEORGIA (Represented by the DEPARTMENT OF REVENUE), THE GROGAN GROUP, LLC d/b/a GROGAN & GROGAN, and THE COLUMBUS CONSOLIDATED GOVERNMENT, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF HEARING ON DEFENDANT FOXFIRE ACRES, INC.
MOTION TO COMPEL CONTINUATION OF DEPOSITION OF ADAM SILVER,
RESPONSE OF DEFENDANT FOXFIRE ACRES, INC. TO VERBAL MOTION TO TERMINATE
DEPOSITION MADE BY MCCALLA RAYMER ON WEDNESDAY, MAY 14, 2014,
DEFENDANT FOXFIRE ACRES, INC. MOTION FOR SANCTIONS**

Please take notice that Defendant Foxfire Acres, Inc., through counsel, will bring on for hearing its ***MOTION TO COMPEL CONTINUATION OF DEPOSITION OF ADAM SILVER, RESPONSE OF DEFENDANT FOXFIRE ACRES, INC. TO VERBAL MOTION TO TERMINATE DEPOSITION MADE BY MCCALLA RAYMER ON WEDNESDAY, MAY 14, 2014, DEFENDANT FOXFIRE ACRES, INC. MOTION FOR SANCTIONS***, on for hearing on ***Friday, May 23, 2014, at 10:00 AM***, in the United States Bankruptcy Court, Suite 309, One Arsenal, 901 Front Avenue, Columbus, Georgia, 31901.  You may but need not file a response.  You may appear to be heard in opposition.  If you do not maintain an office in Columbus,

1

2

Georgia and do not intend to present evidence not already in the record, you may, at the Court's discretion, appear by telephone. Contact the Court calendar clerk for permission to do so.

This 21st day of May 2014.

                                                Respectfully Submitted,

                                                s/JAMES D. PATRICK
                                                JAMES D. PATRICK
                                                State Bar No. 566150
                                                Attorney for Defendant Foxfire Acres, Inc.

Post Office Box 2745
Columbus, Georgia  31902
706-322-7181

## CERTIFICATE OF SERVICE

      I do hereby certify that I am counsel for Defendant Foxfire Acres, Inc., in this action, and that I have this date electronically filed and served a copy of the above and foregoing ***"Notice of Hearing on Defendant Foxfire Acres, Inc. Motion to Compel Continuation of Deposition of Adam Silver, Response of Defendant Foxfire Acres, Inc. to Verbal Motion to Terminate Deposition Made By McCalla Raymer on Wednesday, May 14, 2014, Defendant Foxfire Acres, Inc. Motion for Sanctions***" by electronic notice upon the following parties:

| | |
|---|---|
| Fife W. Whiteside<br>Attorney at Law<br>Post Office Box 5383<br>Columbus, Georgia  31906 | Stephanie Burnham<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia  30334-1300 |
| Alan Snipes<br>Stephen G. Gunby<br>PAGE SCRANTOM LAW FIRM<br>Post Office Box 1199<br>Columbus, Georgia  31902 | Barbara G. Parker<br>Office of U.S. Attorney – Macon<br>P.O. Box 1702<br>Macon, Georgia  31202 |
| Cater C. Thompson<br>JONES, CORK & MILLER, LLP<br>Post Office Box 6437<br>Macon, Georgia  31201 | A. Kristin Hurst<br>Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, Georgia  31902 |

      The following parties were served by standard first-class mail:  NONE

      This 21st day of May 2014.

      s/JAMES D. PATRICK
      JAMES D. PATRICK
      State Bar No. 566150
      Attorney for Defendant Foxfire Acres, Inc.

Post Office Box 2745
Columbus, Georgia  31902
(706)322-7181