IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

**MOTION TO APPROVE STIPULATION RELATED TO MOTION
TO EXTEND, A SECOND TIME, THE TIME FOR COMPLETION
OF RULE 16 MATTERS, INCLUDING DISPOSITIVE MOTIONS,
AND COMPLETION OF DISCOVERY [DKT NO. 125] AND ON ORDER ON
SECOND MOTION TO EXTEND TIME FOR COMPLETION OF RULE 16
MATTERS, INCLUDING DISPOSITIVE MOTION ON DISCOVERY [DKT NO 148]**

The Motion above-referenced came on for hearing on May 23, 2014, and the Court

entered its Order scheduling a further conference on July 21, 2014.  Prior to the time that the

conference was to be held, the parties stipulated that they wish to have the conference

rescheduled to a later date, to allow for the filing of additional motions, although none have been

filed.  Attached hereto and incorporated by reference is an Order that accomplishes that

Stipulation.  This Motion has been served on all parties in interest, and has been circulated to the parties in attendance at the May 23, 2014 status conference, for their specific approval.

The Plaintiff moves that the attached Order be approved as a stipulated Order, consistent with the stipulations made between the parties prior to July 21, 2014.

Respectfully submitted this 28th day of July, 2014.

/s/ Fife M. Whiteside

FIFE M. WHITESIDE
Attorney for Debtor/Plaintiff
GA Bar No. 756025
P. O. Box 5383
Columbus, Georgia  31906
706-320-1215
whitesidef@mindspring.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

---

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

EXHIBIT "A"

**SUPPLEMENTAL ORDER ON MOTION TO APPROVE STIPULATION RELATED TO MOTION TO EXTEND, A SECOND TIME, THE TIME FOR COMPLETION OF RULE 16 MATTERS, INCLUDING DISPOSITIVE MOTIONS, AND COMPLETION OF DISCOVERY [DKT NO. 125] AND ON ORDER ON SECOND MOTION TO EXTEND TIME FOR COMPLETION OF RULE 16 MATTERS, INCLUDING DISPOSITIVE MOTION ON DISCOVERY [DKT NO 148]**

CAME ON THIS CAUSE this date to be considered on Motion to Approve Stipulation Related to Motion to Extend, a Second Time, the Time for Completion of Rule 16 Matters, Including Dispositive Motions, and Completion of Discovery [Dkt No. 125] and on Order on Second Motion to Extend Time for Completion of Rule 16 Matters, Including Dispositive Motions on Discovery [Dkt No. 148], and on prior announcements made in open Court and stipulations made by the parties, and the Court finds those announcements and stipulations proper to approve.

IT IS THEREFORE ORDERED that the Court's Order on Second Motion to Extend time for Completion of Rule 16 Matters (including Dispositive Motions) and Discovery, has been and will be extended to August 6, 2014 to permit the filing of additional motions.  The Court's Order on Second Motion to Extend time for Completion of Rule 16 Matters (including Dispositive Motions) and Discovery, entered June 2, 2014  is otherwise reiterated in full.

**END OF DOCUMENT**

Order prepared by:                                          Order stipulated to by:


FIFE M. WHITESIDE                            Alan G. Snipes
Attorney for Debtor/Plaintiff                  Attorney McCalla Raymer, LLC
GA Bar No. 756025                              Ga Bar No. 665781
P. O. Box 5383                                 Page Scrantom Sprouse Tucker & Ford
Columbus, Georgia  31906                       P.O. Box 1199
706-320-1215                                   Columbus, GA 31902-1199
whitesidef@mindspring.com


Additional signatures on following page

_____

Cater C. Thompson
Attorney for SunTrust Bank/SunTrust Mortgage
Ga Bar No. 129425
Jones Cork & Miller, LLP
435 Second St, Suite 500
Macon, GA31201

_____

James D. Patrick
Attorney for Foxfire Acres, Inc.
Ga Bar No. 566150
831 2nd Avenue
Columbus, GA 31901

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**
(Motion to Approve Stipulation Related to Motion to Extend, a Second Time, the Time for
Completion of Rule 16 Matters, Including Dispositive Motions, and Completion of Discovery
[Dkt No. 125] and on Order on Second Motion to Extend Time for Completion of Rule 16
Matters, Including Dispositive Motions on Discovery [Dkt No. 148])

I, the undersigned counsel of record for the party serving the below identified pleading,
discovery item, of instrument, do hereby certify that I have this day served a true and accurate
copy of the within and foregoing **Motion to Approve Stipulation Related to Motion to
Extend, a Second Time, the Time for Completion of Rule 16 Matters, Including Dispositive
Motions, and Completion of Discovery [Dkt No. 125] and on Order on Second Motion to
Extend Time for Completion of Rule 16 Matters, Including Dispositive Motions on
Discovery [Dkt No. 148]** by mailing same U.S. postage prepaid, and email, on the following

individuals or firms, who are counsel for all parties herein, and/or in the event a party is unrepresented, any party *pro se*, at the addresses set forth below:


U.S. Trustee
440 Martin Luther King Jr. Blvd.
Macon, Georgia  31201

A. Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902


Stephen G. Gunby
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
Columbus, GA 31902-1199

Alan G. Snipes
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
Columbus, GA 31902-1199


Cater C. Thompson
Jones Cork & Miller, LLP
435 Second St, Suite 500
Macon, GA31201

James D. Patrick
831 2nd Avenue
Columbus, GA 31901


The Grogan Group, LLC
c/o Grogan & Grogan
P.O. Box 1518
Columbus, GA 31902

Grogan & Grogan
Attn: Lynn Grogan, Agent
P.O. Box 1518
Columbus, GA 31902


Barbara G. Parker
Office of U.S. Attorney - Macon
P.O. Box 1702
Macon, GA 31202

Stephanie K. Burnham
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300


SO DONE this the 28th day of July, 2014.

/s/ Fife M. Whiteside

FIFE M. WHITESIDE