IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | |
| | * | CHAPTER 13 |
| LESLIE MCDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | JUDGE LANEY |
| Debtor | * | |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | ADVERSARY PROCEEDING |
| | * | NO. 13-04013 |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA | * | |
| (Represented by the DEPARTMENT OF | * | |
| REVENUE), THE GROGAN GROUP, | * | |
| LLC d/b/a GROGAN & GROGAN, and | * | |
| THE COLUMBUS CONSOLIDATED | * | |
| GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW McCalla Raymer, LLC ("McCalla Raymer"), and pursuant to Fed. R. Civ. P. 56 and Bankruptcy Rule 7056, hereby moves the Court for summary judgment as to all of plaintiff's claims, respectfully showing the Court the following:

1.

In support of this Motion, McCalla Raymer relies on the following:

(a)  the pleadings;

(b)  McCalla Raymer's Statement of Undisputed Facts, filed herewith;

(c)  the deposition of Leslie McDaniel, taken on July 8, 2014, filed herewith;

(d)  McCalla Raymer's Brief in Support of its Motion for Summary Judgment, filed herewith; and

(e)  all other matters of record.

2.

There is no genuine issue of material fact and McCalla Raymer is entitled to judgment as a matter of law.

WHEREFORE, McCalla Raymer respectfully requests that the Court inquire into and grant its Motion for Summary Judgment, enter final judgment in favor of McCalla Raymer, and tax all costs on Plaintiff.

Respectfully submitted, this 22nd day of August, 2014.

>PAGE, SCRANTOM, SPROUSE,
>TUCKER & FORD, P.C.
>
>By: s/Alan G. Snipes
>    Stephen G. Gunby
>    Ga. Bar No.: 315212
>    Alan G. Snipes
>    Ga. Bar No.: 665781

1111 Bay Avenue, Third Floor
P. O. Box 1199
Columbus, Georgia 31902          Attorneys for McCalla Raymer, LLC
(706) 324-0251
sgg@psstf.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served either electronically or via U.S. Mail with adequate first class postage to the addresses below on the following persons:

Mr. Fife W. Whiteside
P.O. Box 5383
Columbus, Georgia 31906

Audrey Seidle Eshman
Assistant Attorney General
40 Capital Square, S.W.
Atlanta, Georgia 30334-9457

James D. Patrick
831 2nd Avenue
Columbus, Georgia 31901

Barbara G. Parker
Office of U.S. Attorney-Macon
P.O. Box 1702
Macon, Georgia 31902

Ms. Cater C. Tompson
Jones, Cork & Miller, LLP
P.O. Box 6437
Macon, Georgia 31201

Kristin Hurst
Chapter 7 Trustee
P.O. Box 1907
Columbus, Georgia 31902

The Grogan Group, LLC
P.O. Box 1518
Columbus, GA 31902

This 22nd day of August, 2014.

/s Alan G. Snipes