# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | |
| | * | CHAPTER 13 |
| LESLIE MCDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | JUDGE LANEY |
| Debtor | * | |

---

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | ADVERSARY PROCEEDING |
| | * | NO. 13-04013 |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA | * | |
| (Represented by the DEPARTMENT OF | * | |
| REVENUE), THE GROGAN GROUP, | * | |
| LLC d/b/a GROGAN & GROGAN, and | * | |
| THE COLUMBUS CONSOLIDATED | * | |
| GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## DEFENDANTS SUNTRUST BANK AND SUNTRUST MORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT

COME NOW, Defendants SunTrust Bank and SunTrust Mortgage, Inc., and pursuant to Bankruptcy Rule 7056 and F.R.C.P. 56, move for summary judgment on the ground that there are no genuine issues of material fact, and that Defendants are entitled to judgment in their favor as a matter of law.

In support of this motion, Defendants rely on the following:

(a)     All pleadings and other matters of record;

-2-

    (b)    McCalla Raymer's Statement of Undisputed Facts, filed August 22, 2014;

    (c)    The deposition of Leslie McDaniel, taken on July 8, 2014, filed August 22, 2014; and

    (d)    The arguments and authorities set out in the accompanying brief.

WHEREFORE, Defendants SunTrust Bank and SunTrust Mortgage, Inc. hereby pray that the court inquire into this Motion and that summary judgment be entered in favor of said Defendants.

This 26th day of August, 2014.

    /s/ *Cater C. Thompson*
    CATER C. THOMPSON
    Cater.thompson@jonescork.com
    Georgia State Bar No. 129425
    Attorney for SunTrust Bank and SunTrust Mortgage, Inc.

JONES CORK & MILLER, LLP
435 Second Street, Suite 500
P.O. Box 6437
Macon, GA  31208-6437
(478) 745-2821

MONICA K. GILROY
Georgia State Bar No. 420527
DICKENSON GILROY, LLC
3780 Mansell Road, Suite 140
Alpharetta, GA  30022
(678) 280-1921
mkg@dickensongilroy.com

# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing ***Defendants SunTrust Bank's and SunTrust Mortgage, Inc.'s Motion for Summary Judgment*** upon the following parties by mailing a copy of same in the United States Mail with appropriate postage to ensure delivery as follows:

> Mr. Fife M. Whiteside
> P.O. Box 5383
> Columbus, Georgia  31906
>
> Ms. Kristin Hurst
> Office of the Chapter 13 Trustee
> P.O. Box 1907
> Columbus, Georgia  31902
>
> Mr. Stephen G. Gunby
> Mr. Alan Snipes
> Page Scrantom Law Firm
> P.O. Box 1199
> Columbus, Georgia 31902
>
> Ms. Stephanie Burnham
> Assistant Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia  30334-1300
>
> Mr. James D. Patrick
> P.O. Box 2745
> Columbus, Georgia  31902

This 26th day of August, 2014.

> */s/ Cater C. Thompson*
> CATER C. THOMPSON