IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

**AFFIDAVIT OF FIFE M. WHITESIDE IN SUPPORT OF MOTION FOR ADDITIONAL TIME IN WHICH TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT AND FOR RESCHEDULING OF SUMMARY JUDGMENT HEARING TO A LATER DATE**

COMES NOW Fife M. Whiteside, being duly sworn, does swear and depose as follows:

1. He is over and above the age of 18 and fully competent to make the statements contained herein.

2. The fact statements contained in the accompanying Motion for Additional Time in Which to Respond to Motions for Summary Judgment and for Rescheduling on Summary Judgement Hearing to a Later Date, in all paragraphs, are true and corrected to the best of his knowledge.

3. This affidavit is given in support of that Motion, and also the Motion to Abbreviate Time for Hearing, which is filed contemporaneously herewith.

This 27th day of August, 2014.

/S/ Fife M. Whiteside

FIFE M. WHITESIDE
Attorney for Debtor/Plaintiff
GA Bar No. 756025
P. O. Box 5383
Columbus, Georgia  31906
706-320-1215
whitesidef@mindspring.com

Sworn to an subscribed before me
this 27th day of August, 2014.

/s/ Barbara Lewis

Notary Public, Muscogee County, Georgia
My commission expires: 12/05/16

(Seal)