**SO ORDERED.**

**SIGNED this 28 day of August, 2014.**



_____
John T. Laney, III
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## **ORDER ON MOTION TO EXPEDITE HEARING**

Came on this cause this date to be heard on an ex parte basis, on Plaintiff's Motion to Expedite Hearing, and the Court having considered the Motion finds it proper to grant.

It is therefore ordered that the Motion to Expedite Hearing on the Plaintiff's Motion for Additional Time in Which to Respond to Motions for Summary Judgment and for Rescheduling of Summary Judgment Hearing to a Later Date is granted, and that motion shall come on for hearing on August 29, 2014 at 10:30 A.M., that the Court shall revisit this Order at that time if any party in interest requests same, that the Plaintiff shall serve this Order by email and provide an appropriate Certificate of Service of such service, promptly.

**END OF DOCUMENT**


Order prepared by:

/s/ Fife M. Whiteside
_____
Fife M. Whiteside,
For the Plaintiff
Bar No.756025
Box 5383, Columbus, GA 31906
whitesidef@mindspring.com