**SO ORDERED.**

**SIGNED this 29 day of August, 2014.**



_____
John T. Laney, III
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

### ORDER GRANTING MOTION TO CONSOLIDATE HEARING ON MOTION FOR SANCTIONS UNDER R.BANKR.PRO. 9011 WITH THE TRIAL OF THE ADVERSARY PROCEEDING HEREIN

On Motion to Consolidate Hearing on Motion for Sanctions Under R. Bankr. Procedure 9011 with the Trial on the Adversary Proceeding Herein, and on consent of the parties, Suntrust Bank and Suntrust Mortgage, announced in open Court, that motion is granted subject to objections by other parties in this adversary proceeding.

It is Ordered that the pending Motion for Sanctions against SunTrust and Suntrust Mortgage is consolidated with trial of this adversary proceeding, in all matters, including discovery and pretrial motions. Plaintiff shall serve, immediately by email, a copy of this order on all parties to this adversary proceeding, and any party other than SunTrust or Suntrust Mortgage, may object within ten (10) days of entry hereof.

### END OF ORDER

ORDER PREPARED BY:

Fife M. Whiteside,
For the Plaintiff
Bar No.756025
Box 5383, Columbus, GA 31906
whitesidef@mindspring.com