# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor. | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as Representative of her Bankruptcy Estate, | * * * * | |
| Plaintiff, | * | |
| v. | * * | ADVERSARY PROCEEDING |
| SUNTRUST BANK; SUNTRUST MORTGAGE, INC.; McCALLA RAYMER, LLC; FOXFIRE ACRES, INC.; THE UNITED STATES OF AMERICA, by and through THE INTERNAL REVENUE SERVICE; THE STATE OF GEORGIA (Represented by the DEPARTMENT OF REVENUE); THE GROGAN GROUP, LLC d/b/a GROGAN & GROGAN; and THE COLUMBUS CONSOLIDATED GOVERNMENT, | * * * * * * * * * * * * * | NO. 13-04013 |
| Defendants. | * | |

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST
FOR SERVICE OF ALL NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Monica K. Gilroy and the law firm of Dickenson Gilroy LLC hereby enter an appearance as counsel of record on behalf of SUNTRUST MORTGAGE, INC. ("SunTrust Mortgage"), a party in interest in this

adversary proceeding, in accordance with 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, request that all notices given or required to be given in this adversary, and all papers served or required to be served in this adversary, be given to and served upon the following counsel:

>Monica K. Gilroy, Esq.
>Dickenson Gilroy LLC
>Corporate Office
>3780 Mansell Road, Suite 140
>Alpharetta, Georgia 30022
>Tel: (678) 280-1922
>Fax: (678) 280-1923
>Email: Monica.Gilroy@dickensongilroy.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, email or otherwise, which affect or seek to affect in any way, any rights or interests of the Plaintiff or any party in interest, and/or any other person or entity.

This Notice of Appearance and Request for Service is without prejudice to (i) SunTrust Mortgage's rights, remedies, claims, actions, defenses, setoff or recoupment, in law or equity, against the Plaintiff and any other entity(ies) either in this adversary or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved; and (ii) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit SunTrust Mortgage to the jurisdiction of this Court.

Respectfully submitted this 29th day of August, 2014.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia State Bar No. 427520
**Attorney for SunTrust Mortgage, Inc.**

DICKENSON GILROY LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served either electronically or via U.S. Mail with adequate first class postage to the addresses below on the following persons:

Mr. Fife M. Whiteside
P.O. Box 5383
Columbus, GA 31906

Mr. James D. Patrick
831 2nd Avenue
Columbus, GA 31901

Mr. Alan Snipes
Page Scrantom Law Firm
P.O. Box 1199
Columbus, GA 31902-1199

Ms. Barbara G. Parker
Office of the U.S. Attorney - Macon
P.O. Box 1702
Macon, GA 31202

Ms. Kristin Hurst
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902

The Grogan Group, LLC
P.O. Box 1518
Columbus, GA 31902

Ms. Audrey Seidle Eshman
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-9457

This 29th day of August, 2014.

/s/ Monica K. Gilroy
Monica K. Gilroy
Georgia State Bar No. 427520
**Attorney for SunTrust Bank and SunTrust Mortgage, Inc.**

D<small>ICKENSON</small> G<small>ILROY</small> LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923
Email: <u>Monica.Gilroy@dickensongilroy.com</u>