IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF HEARING ON MOTION FOR JURY TRIAL

TAKE NOTICE that the Plaintiff or Debtor, through counsel, will bring on for hearing her Motion For Jury Trial, a copy of which is served herewith, or has been previously served, on October 1, 2014 at 10:00 A.M.., in the United States Bankruptcy Courtroom, Suite 309, One Arsenal, 901 Front Avenue, Columbus, Georgia. You may but need not file a response. You may appear to be heard in opposition. If you do not maintain an office in Columbus, Georgia and

do not intend to present evidence not already in the record, you may, at the Court's discretion, appear by telephone. Contact the Court calendar clerk for permission so to do.

So done this 19th day of September, 2014

/s/ Fife M. Whiteside

_____
FIFE M. WHITESIDE
GA BAR NO. 756025
Attorney for Movants
P. O. Box 5383
Columbus, Georgia  31906
706/320-1215
Email: whitesidef@mindspring.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day served a true and accurate copy of the within and foregoing **Motion to Extend Rule 16 Matters** by mailing same U.S. postage prepaid on the following individuals or firms, who are counsel for all parties herein, and/or in the event a party is unrepresented, any party pro se, as well as through ECF notice:

U.S. Trustee
440 Martin Luther King Jr. Blvd.
Macon, Georgia  31201

A. Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902

Stephen G. Gunby
Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
Columbus, GA 31902-1199

Cater C. Thompson
Jones Cork & Miller, LLP
435 Second St, Suite 500
Macon, GA31201

James D. Patrick
831 2nd Avenue
Columbus, GA 31901

The Grogan Group, LLC
c/o Grogan & Grogan
P.O. Box 1518
Columbus, GA 31902

Grogan & Grogan
Attn: Lynn Grogan, Agent
P.O. Box 1518
Columbus, GA 31902

Barbara G. Parker
Office of U.S. Attorney - Macon
P.O. Box 1702
Macon, GA 31202

Audrey Seidle Eshman
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

Monica Gilroy
Dickenson Gilroy, LLC
3780 Mansell Road, Suite 140
Alpharetta, GA 30022

This 19th day of September, 2014.

/s/ Fife M. Whiteside

FIFE M. WHITESIDE