MIN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## SECOND MOTION FOR ADDITIONAL TIME IN WHICH TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT AND FOR RESCHEDULING OF SUMMARY JUDGMENT HEARING TO A LATER DATE

COMES NOW Leslie McDaniel, through counsel, and makes the within Second Motion for Additional Time in Which to Respond to Motions for Summary Judgment and for Rescheduling of Summary Judgment Hearing to a Later Date (herein "Second Motion"), and in support says the following.

1. This is the a second motion related to the scheduling of discovery responses. The Plaintiff's first Motion for Additional Time in Which to Respond to Motions for Summary Judgment and for Rescheduling of Summary Judgment Hearing to a Later Date (herein "First

Motion") was filed when, after seeking delays of depositions, Defendants filed Motions for Summary Judgment and then insisted on due days within as little as three (3) days after the date scheduled (by agreement) for the last deposition.   The First Motion, and all of the allegations therein, are incorporated by reference.

2. Relying the scheduled dates for the depositions, the Court suggested and the Plaintiff agreed to a schedule requiring a response to the two pending Motions for Summary Judgement, one by Defendants SunTrust Bank ("SunTrust")  and Suntrust Mortgage ("Suntrust Mortgage LLC")  (Docket No. 198) and one by Defendant McCalla Raymer LLC LLC ("McCalla"), (Docket No. 182)   requiring a response by October 6, 2014, fourteen (14) days after the last scheduled deposition and setting a hearing for October 14, 2014, slightly more than one week later.  The Court entered an Order confirming that schedule on September 2, 2014 (Docket No. 223)

3. Defendant McCalla has now requested that the deposition be rescheduled, again,  to accommodate a speaking engagement by McCalla's designee under R. Bankr. Pro. 7030, incorporating by reference Fed. R. Civ. Pro. 30(b)(6) by reference.  McCalla indicated that they would not oppose a request for an additional extension on the response date to the pending Motions for Summary Judgment, to maintain the fourteen (14) day time period for response previously scheduled. Plaintiff is happy to agree, but requests to Court to enter an order confirming the agreed rescheduled response dates.

THEREFORE, the premises considered, the Plaintiff requests that the Court set dates for response to the pending Motions for Summary Judgment and reschedule hearing on same, to allow the depositions to which the Plaintiff is entitled, to be taken, transcribed, and used in response.

Respectfully submitted,

/s/ Fife M. Whiteside

FIFE M. WHITESIDE
Attorney for Debtor/Plaintiff
GA Bar No. 756025
P. O. Box 5383
Columbus, Georgia  31906
706-320-1215
whitesidef@mindspring.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | CHAPTER 13 |
| | * | |
| LESLIE McDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | |
| Debtor, | * | JUDGE LANEY |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | ADVERSARY PROCEEDING |
| | * | |
| vs. | * | NO. 13-04013 |
| | * | |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through the | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA (Represented | * | |
| by the DEPARTMENT OF REVENUE), THE | * | |
| GROGAN GROUP, LLC d/b/a GROGAN & | * | |
| GROGAN, and THE COLUMBUS | * | |
| CONSOLIDATED GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE
(Motion for Additional Time in Which to Respond to Motions for Summary Judgment and for Rescheduling of Summary Judgment Hearing to a Later Date)

I, the undersigned counsel of record for the party serving the below identified pleading, discovery item, of instrument, do hereby certify that I have this day served a true and accurate copy of the within and foregoing **Second Motion for Additional Time in Which to Respond to Motions for Summary Judgment and for Rescheduling of Summary Judgment Hearing to a Later Date** by mailing same U.S. postage prepaid, by ECF, on the following individuals or firms, who are counsel for all parties herein, and/or in the event a party is unrepresented, any party *pro se*, at the addresses set forth below:

| | |
|---|---|
| U.S. Trustee<br>440 Martin Luther King Jr. Blvd.<br>Macon, Georgia  31201 | A. Kristin Hurst<br>Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902 |
| Stephen G. Gunby<br>Page Scrantom Sprouse Tucker & Ford<br>P.O. Box 1199<br>Columbus, GA 31902-1199 | Alan G. Snipes<br>Page Scrantom Sprouse Tucker & Ford<br>P.O. Box 1199<br>Columbus, GA 31902-1199 |
| Cater C. Thompson<br>Jones Cork & Miller, LLP<br>435 Second St, Suite 500<br>Macon, GA31201 | James D. Patrick<br>831 2nd Avenue<br>Columbus, GA 31901 |
| The Grogan Group, LLC<br>c/o Grogan & Grogan<br>P.O. Box 1518<br>Columbus, GA 31902 | Grogan & Grogan<br>Attn: Lynn Grogan, Agent<br>P.O. Box 1518<br>Columbus, GA 31902 |
| Barbara G. Parker<br>Office of U.S. Attorney - Macon<br>P.O. Box 1702<br>Macon, GA 31202 | Stephanie K. Burnham<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334-1300 |
| Monica Gilroy<br>Dickenson Gilroy, LLC<br>3780 Mansell Road, Suite 140<br>Alpharetta, GA 30022 | Tania Trumble, Esq.<br>Dickenson Gilroy LLC<br>Corporate Office<br>3780 Mansell Road, Suite 140<br>Alpharetta, GA 30022 |

SO DONE this the 21st day of September, 2014.

/s/ Fife M. Whiteside

FIFE M. WHITESIDE