# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | * | |
| | * | CHAPTER 13 |
| LESLIE MCDANIEL, | * | CASE NO. 12-41231-JTL |
| | * | JUDGE LANEY |
| Debtor | * | |

| | | |
|---|---|---|
| LESLIE McDANIEL, Individually and as | * | |
| Representative of her Bankruptcy Estate, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | ADVERSARY PROCEEDING |
| | * | NO. 13-04013 |
| SUNTRUST BANK, SUNTRUST | * | |
| MORTGAGE, INC., McCALLA | * | |
| RAYMER, LLC, FOXFIRE ACRES, INC., | * | |
| THE UNITED STATES by and through | * | |
| THE INTERNAL REVENUE SERVICE, | * | |
| THE STATE OF GEORGIA | * | |
| (Represented by the DEPARTMENT OF | * | |
| REVENUE), THE GROGAN GROUP, | * | |
| LLC d/b/a GROGAN & GROGAN, and | * | |
| THE COLUMBUS CONSOLIDATED | * | |
| GOVERNMENT, | * | |
| | * | |
| Defendants. | * | |

## SUNTRUST BANK'S AND SUNTRUST MORTGAGE, INC.'S BRIEF IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR LEAVE TO AMEND

SunTrust Bank and SunTrust Mortgage, Inc. (collectively "SunTrust"), submits this Brief in Opposition to Plaintiff's Second Motion for Leave to Amend her Complaint [Doc. no. 238], and hereby incorporate by reference all of the arguments in McCalla Raymer's Brief in Opposition to Plaintiff's Second Motion for Leave to Amend.

Respectfully submitted, this 30th day of September, 2014.

/s/ *Cater C. Thompson*
CATER C. THOMPSON
Georgia State Bar No. 129425
Attorney for SunTrust Bank and SunTrust Mortgage, Inc.

JONES CORK & MILLER, LLP
435 Second Street, Suite 500
P.O. Box 6437
Macon, GA  31208-6437
(478) 745-2821
cater.thompson@jonescork.com

MONICA K. GILROY
Georgia State Bar No. 420527
DICKENSON GILROY, LLC
3780 Mansell Road, Suite 140
Alpharetta, GA  30022
(678) 280-1921
mkg@dickensongilroy.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served either electronically or via U.S. Mail with adequate first class postage to the addresses below on the following persons:

> Mr. Fife M. Whiteside
> P.O. Box 5383
> Columbus, Georgia  31906
>
> Ms. Kristin Hurt
> Office of the Chapter 13Trustee
> P.O. Box 1907
> Columbus, Georgia  31902
>
> Mr. Stephen G. Gunby
> Page Scrantom Law Firm
> P.O. Box 1199
> Columbus, Georgia 31902
>
> Ms. Audrey Seidle Eshman
> Assistant Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia  30334-1300
>
> Mr. James D. Patrick
> P.O. Box 2745
> Columbus, Georgia  31902
>
> Barbara G. Parker
> Office of U.S. Attorney-Macon
> P.O. Box 1702
> Macon, Georgia 31902

This 30th day of September, 2014.

/s/   Cater C. Thompson